## ZINKER & HERZBERG, LLP
## ATTORNEYS AT LAW

300 Rabro Drive, Suite 114
Hauppauge, New York 11788
_____

Telephone:   (631) 265-2133
Fax No.: (631) 265-4233
E-Mail Address: mail@zandhlaw.com

EDWARD ZINKER, P.C.
JEFFREY HERZBERG, P.C.

July 31, 2015

The Honorable A. Kathleen Tomlinson
United States Magistrate Judge
United States District Court
Eastern District of New York
100 Federal Plaza
Central Islip, New York 11722

> Re:     Yupa v. Country Stone & Fence Corporation and Jose Inga
>           Docket No. 14-cv-7384

Your Honor:

Pursuant to Your Honor's oral directive at the conference held yesterday, July 30, 2015, in the above-referenced action, the following cases are examples that the $500,000 threshold is governed only during the dates of the purported employment by the plaintiff:

a.   Pan v. Wei Plumbing, Inc., 2013 U.S. Dist. LEXIS 163788 (S.D.N.Y. 2013).
b.   Cabral v. Lakes Café Sports Bar & Grill, Inc., 2010 U.S. Dist. LEXIS 31326 (S.D. Fla. 2010).
c.   Russell v. Continental Restaurant, Inc., 430 F.Supp.2d 521, 2006 U.S. Dist. LEXIS 29823 (D. Md. 2006).

Thank you for the opportunity to provide the above-referenced cases to you.

Respectfully submitted,

/s/ Jeffrey Herzberg
Jeffrey Herzberg
cc.     James A. Vagnini, Esq. by email