

*Attorneys at Law*

600 Old Country Road  Tel: 516-203-7180
St. 519  Fax: 516-706-0248
Garden City, New York 11530  www.vkvlawyers.com

July 31, 2015

**VIA ECF**

Honorable A. Kathleen Tomlinson, U.S.M.J.
United States District Court, Eastern District of New York
Long Island Federal Courthouse
100 Federal Plaza
Central Islip, New York 11722

     **Re:**    **Yupa v. Country Stone & Fence Corporation & Inga**
              Docket No. 14-CV-7384 (DRH)(AKT)

Dear Judge Tomlinson,

    We write pursuant to Your Honor's Order from yesterday. The following cases support a finding of jurisdiction under the FLSA based on Defendant's amount of business in 2014 and prior years:

- Fermin v. Las Delicias Peruanas Restaurant Inc., 2015 WL 1285960 (E.D.N.Y. 2015)
- Centeno-Bernuy v. Becker Farm, 564 F.Supp.2d 166 (W.D.N.Y. 2008)

    Plaintiff further reserves his right to argue individual coverage under the FLSA. Thank you for your time and attention to this matter.

                                                      Respectfully submitted,

                                                      VALLI KANE & VAGNINI, LLP

                                                      <u>/s/ James Vagnini</u>